1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAYMOND LEE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 04-133 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) |
| RAYMOND LEE HILL, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Judge: Honorable Garland E. Burrell, Jr. |

Defendant, RAYMOND LEE HILL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. Mr. Hill was sentenced by this Court on October 29, 2004, to a term of 188 months and 23 days imprisonment. His guideline range was 262 to 327 months, based on a total offense level of 35 and criminal

history category 5, and he received a 25% reduction from the low end of the applicable guideline range on the government's motion;[1]

3. On November 20, 2009, pursuant to the parties' stipulation and retroactive amendment 706, which reduced Mr. Hill's base offense level by 2 levels, this Court reduced Mr. Hill's sentence to 149 months and 23 days, which was based on the new guideline range of 210 to 262 months, the prior computation of specific offense characteristics, adjustments, criminal history category, and departures, and application of the same 25% reduction he received at the initial sentencing;

3. The sentencing range applicable to Mr. Hill was subsequently lowered by the United States Sentencing Commission by amendment made retroactive on June 30, 2011;

4. Accordingly, Mr. Hill's adjusted offense level has been reduced from 33 to 31, which at Criminal History Category 5 produces a new applicable guideline range of 168 to 210 months. A new sentence based on the resulting guideline range, the prior computation of specific offense characteristics, adjustments, criminal history category, and departures, and application of the same 25% reduction Mr. Hill received at the initial sentencing and resentencing would result in a sentence of 118 months, 23 days.

5. Mr. Hill was not sentenced at a congressionally mandated minimum sentence, and he is therefore eligible for a reduction of his sentence by retroactive application of Amendment 750 pursuant to 18 U.S.C. § 3582(c)(2) and policy statement U.S.S.G. § 1B1.10;

---

[1] The government recommended a sentence of 196 months, and the Court agreed to run the recommended sentence concurrent to his parole revocation sentence in Sacramento County Superior Court Case No. 97F06441, with credit for 7 months and 7 days served on that sentence, for a total term of 188 months and 23 days.

-2-

6. Accordingly, the parties respectfully request the court enter the order lodged herewith resentencing Mr. Hill to a sentence of 118 months and 23 days to be served concurrent with the Parole Revocation Term.

Dated: November 28, 2011

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/ *Jason Hitt* | /s/ *David M. Porter* |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | RAYMOND LEE HILL |

**ORDER**

On October 29, 2004, this Court sentenced Mr. Hill to a term of imprisonment of 188 months and 23 days. On November 20, 2009, the Court resentenced Mr. Hill to a term of imprisonment of 149 months and 23 days. The parties agree, and the Court finds, that Mr. Hill is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces his applicable offense level from 33 to 31.

IT IS HEREBY ORDERED that the term of imprisonment imposed on November 20, 2009 is reduced to 118 months and 23 days to be served concurrent with the Parole Revocation Term.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Hill shall report to the United States Probation office closest to the release destination within

/ / /

seventy-two hours after his release.

Dated: November 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

-4-