# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RAYMOND LEE HILL ) | Case No: 2:04CR00133 |
| ) | USM No: 15048-097 |
| Date of Original Judgment: 11/16/04 ) | |
| Date of Previous Amended Judgment: 12/9/09 ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  x  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  149 months & 23 days  months **is reduced to**  118 months & 23 days to be served concurrent with the Parole Revocation Term.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/29/11

Effective Date: _____                United States District Judge
*(if different from order date)*              *Printed name and title*