# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| RAYMOND LEE HILL | ) Case No: 2:04CR00133 |
| | ) USM No: 15048-097 |
| Date of Original Judgment: 11/16/04 | ) |
| Date of Previous Amended Judgment: 12/9/09 | ) David Porter |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  x  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **149 months & 23 days** months **is reduced to** **118 months & 23 days to be served concurrent with the Parole Revocation Term**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/29/11

*[Signature]*

Effective Date: _____  United States District Judge
*(if different from order date)*  *Printed name and title*